# Order

Michigan Supreme Court
Lansing, Michigan

April 3, 2013

Robert P. Young, Jr.,
Chief Justice

146041

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MARIE HUDDLESTON,
             Plaintiff-Appellee,

v

SC: 146041
COA: 303401
Washtenaw CC: 09-000657-NH

TRINITY HEALTH MICHIGAN d/b/a
SISTERS OF MERCY HEALTH
CORPORATION and/or ST. JOSEPH
MERCY HOSPITAL – ANN ARBOR,
             Defendant-Appellee,

and

IHA OF ANN ARBOR, P.C., d/b/a ASSOCIATES
IN INTERNAL MEDICINE – CHERRY HILL,
ASSOCIATES IN INTERNAL MEDICINE –
CHERRY HILL, P.C., and DR. JOYCE LEON,
             Defendants-Appellants,

and

HURON VALLEY RADIOLOGY, P.C. and
DR. DAVID E. BAKER,
             Defendants.
_____/

On order of the Court, the application for leave to appeal the September 11, 2012 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall submit briefs within 42 days of the date of this order addressing whether the Court of Appeals erred when it concluded that the plaintiff suffered a compensable injury; whether it misapplied *Sutter v Biggs*, 377 Mich 80 (1966); and whether its decision is contrary to *Henry v Dow Chemical Co*, 473 Mich 63 (2005).

The Michigan Association for Justice and Michigan Defense Trial Counsel, Inc. are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2013

_____
Clerk

d0327